IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEDIAH STOVALL, ) | |
| ) | |
| Plaintiff, ) | No. 3:11-cv-00965 |
| ) | Judge Nixon |
| v. ) | Magistrate Judge Knowles |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Plaintiff Jediah Stovall's Notice of Voluntary Dismissal, voluntarily dismissing his claims in this action. (Doc. No. 8.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is therefore **DISMISSED without prejudice**.

It is so ORDERED.

Entered this the 11th day of January, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT